

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-14-00785-CR

Trial Court Cause
Number:                  1362139

Style:                   Omar Ibrahim **v** The State of Texas

Date motion filed[*]:    March 9, 2015

Type of motion:          Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:    Appellant's Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                          January 7, 2015

    Number of previous extensions granted:      1            Current Due Date: March 9, 2015

    Date Requested:                             May 9, 2015 (60 days from filing of motion)

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other:

Appellant has filed a motion requesting a 60-day extension of time to file appellant's brief. Appellant's brief was originally due on January 7, 2015 and one previous extension has been granted. It is this Court's practice to grant no more than three 30-day extensions absent extraordinary circumstances. Accordingly, appellant's motion for an extension of time to file appellant's opening brief is **granted in part**. The Court grants appellant a 30-day extension and orders that appellant's brief be filed **on or before April 9, 2015**.

Judge's signature: /s/ Michael Massengale
        ☒ Acting individually    ☐ Acting for the Court

Date:  March 12, 2015